Type of Work:          Text

Registration Number / Date:
                       TX0008011406 / 2015-04-10

Application Title: BENEATH THE SURFACE: KILLER WHALES, SEAWORLD, AND
THE TRUTH
                       BEYOND BLACKFISH.

Title:                 BENEATH THE SURFACE: KILLER WHALES, SEAWORLD, AND
THE TRUTH
                       BEYOND BLACKFISH.

Description:           Book, 264 p.

Copyright Claimant:
                       John Hargrove.

Date of Creation:  2015

Date of Publication:
                       2015-03-05

Nation of First Publication:
                       United States

Authorship on Application:
                       John Hargrove; Domicile: United States.
Authorship: text.

Rights and Permissions:
                       St. Martin's Press, LLC, Attn: Permissions
Manager, 175
                       Fifth Avenue, New York, NY, 10010, United
States

Names:                 Hargrove, John

==================================================================
===========

**EXHIBIT A**