```
Type of Work:         Text

Registration Number / Date:
                      TX0008011406 / 2015-04-10

Application Title: BENEATH THE SURFACE: KILLER WHALES, SEAWORLD, AND THE TRUTH
                      BEYOND BLACKFISH.

Title:                BENEATH THE SURFACE: KILLER WHALES, SEAWORLD, AND THE TRUTH
                      BEYOND BLACKFISH.

Description:          Book, 264 p.

Copyright Claimant:
                      John Hargrove.

Date of Creation:     2015

Date of Publication:
                      2015-03-05

Nation of First Publication:
                      United States

Authorship on Application:
                      John Hargrove; Domicile: United States.
Authorship: text.

Rights and Permissions:
                      St. Martin's Press, LLC, Attn: Permissions Manager, 175
                      Fifth Avenue, New York, NY, 10010, United States

Names:                Hargrove, John

=================================================================================
```

# EXHIBIT A