UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOHN HARGROVE,

                Plaintiff,

         v.

NEWS ENTERPRISES INC. A DELAWARE
CORPORATION a/k/a THE SUN US, Inc.
a/k/a THE UK SUN,

                Defendants.

**ORDER**

23 Civ. 6045 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

        Per the parties' joint request on January 22, 2024, the deadline to complete written discovery and document production is adjourned from February 7, 2024, to March 8, 2024. The parties will submit a post-mediation status report, including a proposed schedule for remaining discovery, dispositive motions, and trial, by April 12, 2024. All other discovery and case deadlines are adjourned <u>sine</u> <u>die</u>.

Dated: New York, New York
        February 5, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge